BRIAN J. SOO-HOO, ESQ. (SBN: 228298)
BANKRUPTCY LAW PROFESSIONALS
601 Park Center Drive, Suite 105
Santa Ana, CA 92705
Tel: (714) 589-2252
Fax: (714) 589-2254

Attorney for: Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| IN RE<br><br>LOUIE HERRERA and JUSTINE HERRERA<br><br>Debtor(s). | CASE NO.: 8:16-bk-12581-CB<br>CHAPTER 7<br><br>OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY; DECLARATION(S) IN SUPPORT THEREOF |
| FLAGSTAR BANK, FSB<br><br>Movant(s),<br><br>LOUIE HERRERA,<br>JUSTINE HERRERA,<br>KAREN S NAYLOR,<br>CHAPTER 7 TRUSTEE<br><br>Respondent(s). | Date:        April 25, 2017<br>Time:        10:00 AM<br>Courtroom: 5D<br>Place:        411 W Fourth Street<br>                  Santa Ana, CA 92701 |

   Debtors Louie Herrera and Justine Herrera ("Debtors") herby oppose the Motion for Relief from the Automatic Stay (the "Motion") filed by Flagstar Bank, FSB ("Movant") as follows:

   1. Debtors request that the Movant's Motion for Relief from the Automatic Stay be denied.

/ / /

/ / /

1

2. Debtors are the legal owners of the property located at 1032 Anchor Court, Brea, CA 92821 (the "Property"), referenced in Movant's motion.

3. Debtors request that Movant be stayed from foreclosing on the Property.

4. Debtors request that Movant's Motion be denied as granting the Motion would impair the Debtors' future ability to protect their property should it be necessary.

5. Debtors are in the process of working with the Keep Your Home California program in an effort to bring their mortgage loan current.

6. Debtors have been working and communicating with Stanley, representative for Keep Your Home California. Debtors have been assigned client identification number 1257123.

7. Debtors began working with Keep Your Home California approximately six months ago. They have been informed that they are currently pending approval for Keep Your Home California's Mortgage Reinstatement Assistance Program.

8. Debtors request that the 14 day stay not be waived in this matter as prescribed by Rule 6004(h) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Debtors pray as follows:

1. That Movant's Motion be denied;

2. If Movant's Motion is not denied, in the alternative an Order for Relief with Adequate Protection be entered allowing the automatic stay to remain in effect for the next 60 days and/or from prohibiting Movant from foreclosing upon Debtors' property.

3. That the 14 day stay not be waived in this matter as prescribed by Rule 6004(h) of the Federal Rules of Bankruptcy Procedure;

4. For reasonable attorney's fees; and

5. For such other relief as this Court may deem just and proper.

Date: April 10, 2017

BRIAN J. SOO-HOO
Attorney for Debtors

2

## DECLARATION OF DEBTORS IN SUPPORT OF OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

We, Louie Herrera and Justine Herrera, declare and swear as follows:

1. We are the Debtors in the within referenced case. We are over the age of 18. The matters stated herein are within our personal knowledge and, if called upon to testify, We could and would do so competently.

2. We have fallen behind with our mortgage loans as we were both unemployed.

3. We are currently in the process of working with Keep Your Home California program (the "Program").

4. We began working with Stanley, representative for Keep Your Home California, approximately six months ago. We have been assigned client identification number 1257123.

5. Keep Your Home California is a federally-funded program developed to provide financial assistance to eligible homeowners, such as ourselves, who are in imminent danger of losing their home.

6. We have been informed that we are currently in the process of being approved for the Mortgage Reinstatement Assistance Program.

7. Once we are approved, the Program will provide the funds that are needed to be able to cure the delinquent first mortgage loan arrears.

8. Also, I, Louie Herrera, have secured employment with Direct TV and have started a security camera business. I am working on a "Safe Zone for the Community" program with the Los Angeles Rams. This will assist us in maintaining the mortgage loan current in the future.

9. I, Justine Herrera, hold an Associates Degree and am working on furthering my education. I am in the process of securing employment. I am awaiting a response for a career opportunity with the City of Brea as well as the City of Yorba Linda.

10. We would like to exhaust every possible effort in order to maintain our home.

/ / /

/ / /

/ / /

11. We request that the Movant be stayed from foreclosing upon our Property and that we be allowed to continue to work with Keep Your Home California.

We declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California.

Executed on this  10TH  day of April 2017 at Santa Ana, California.

LOUIE HERRERA
Debtor

JUSTINE HERRERA
Joint-Debtor

4

| In re:<br>Louie Herrera<br>Justine Herrera<br><br>Debtor(s). | CHAPTER: 7<br>CASE NUMBER: 8:16-bk-12581-CB |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
601 Parkcenter Drive, Ste. 105, Santa Ana, CA 92705-3543

A true and correct copy of the foregoing document entitled (*specify*): **Opposition to Motion to Relief from the Automatic Stay**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **04/10/2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Karen S Naylor (TR) :acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com
United States Trustee (SA) : ustpregion16.sa.ecf@usdoj.gov
Shraddha Bharatia on behalf of Interested Party Courtesy NEF :notices@becket-lee.com
Caren J Castle on behalf of Creditor Flagstar Bank, FSB :wdk@wolffirm.com, wdk@wolffirm.com
Glen Dresser on behalf of Creditor ASBURY PROPERTIES, INC. : gombd@aol.com
Daniel K Fujimoto on behalf of Creditor Flagstar Bank, FSB :wdk@wolffirm.com
Marian Garza on behalf of Creditor BMW Bank of North America :ecfnotices@ascensioncapitalgroup.com
Chris K Jafari on behalf of Creditor Martha Wells :chrisjafari@gmail.com, kayjafari@gmail.com
Austin P Nagel on behalf of Creditor BMW Bank of North America :melissa@apnagellaw.com
Avi Schild on behalf of Interested Party Courtesy NEF :bk@atlasacq.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **04/10/2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Hon. Judge Catherine E Bauer<br>U.S. Bankruptcy Court<br>411 W Fourth Street, Ste 5156, Crtrm 5D<br>Santa Ana, CA 92701 | The Wolfe Law Firm, ALC<br>2955 Main Street, Second Floor<br>Irvine, CA 92614 | Maria P. Marin<br>5267 Waren Ave #249<br>Huntington Beach, CA 92649 |
|---|---|---|

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 04/10/2017 | Bianca Ruiz | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **9013-3.1.PROOF.SERVICE**